*original*

1  JOHNSON AND ASSOCIATES
   Einar Wm. Johnson, Bar No. 111105
2  3126 PACIFIC COAST HIGHWAY.
   Torrance, California 90505
3  (310) 783-0035; Fax: (310) 783-0070

4  Attorneys for Creditor/Plaintiff Electronic Funds Solutions, LLC

**FILED**
**JUN 2 5 2014**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In Re:<br><br>BRENNON TY BISHOP and MICHELLE BISHOP,<br>　　　　　Debtors,<br><br>ELECTRONIC FUNDS SOLUTIONS, LLC, et al,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BRENNON TY BISHOP,<br><br>　　　　　Defendants. | Case No. 2:12-bk-16000-RK<br><br>Chapter 7<br><br>Adv. Case No. 2:12-ap-01300-RK<br><br>**NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S COUNSEL**<br><br><br><br>**Courtroom 1675** |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

　　NOTICE IS HEREBY GIVEN of change of address of Plaintiff's counsel, the law offices known as Johnson And Associates. The new address of Johnson And Associates is 3126 Pacific Coast Highway, Torrance, CA 90505. The phone and fax numbers for Johnson And Associates remain the same.

Dated: June 23, 2014　　　　　　　　　　　JOHNSON AND ASSOCIATES

　　　　　　　　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　　　　　Einar Wm. Johnson
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Johnson And Associates, 3126 Pacific Coast Highway., Torrance, CA 90505

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF CHANGE OF ADDRESS
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 23, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | | |
|---|---|---|---|
| R G Pagter | Richard A. Marshack | United States Trustee | David R. Haberbush |
| Pagter & Miller | Marshack Hays, LLP | 411 West Fourth Street | 444 W. Ocean Blvd., Ste 1400 |
| 525 N Cabrillo Park Dr. | 870 Roosevelt | Suite 9041 | Long Beach, CA 90802 |
| Suite 104 | Irvine, CA 92620 | Santa Ana, CA 92701 | |
| Santa Ana, CA 92701 | | | |

Brennon Ty Bishop
613 Joan Way
Placentia, CA 92870

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/23/2014 | Einar Wm. Johnson | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE